**SYKES v. MOSS TRUCKING CO.**

[363 N.C. 743 (2009)]

| | | |
|---|---|---|
| William Sykes, Employee, | ) | |
| Plaintiff | ) | |
| v. | ) | NC INDUSTRIAL COMMISSION |
| Moss Trucking Co., Inc., | ) | |
| Employer; | ) | |
| Protective Ins. Co., Carrier; | ) | |
| Defendants | ) | |

No. 381P09

## ORDER

The Court allows plaintiff's petition for discretionary review for the limited purpose of remanding to the Court of Appeals for reconsideration in light of N.C.G.S. § 97-86, *Adams v. AVX Corp.*, 349 N.C. 676, 680, 509 S.E.2d 411, 413 (1998) and *Deese v. Champion Int'l Corp.*, 352 N.C. 109, 115, 530 S.E.2d 549, 553 (2000).

By order of the Court in Conference, this the 10th day of December, 2009.

For the Court

Hudson, J.